

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*
*1007 N. Orange Street, Suite 700*          *(302) 573-6277*
*P.O. Box 2046*                             *FAX (302) 573-6220*
*Wilmington, Delaware 19899-2046*

July 12, 2007

**VIA HAND DELIVERY**

Clerk of Court
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801
Attn: Keith Kincaid

CR07-101-UNA

    **Re:   United States v. Michael A. Pingitore**

Dear Clerk of Court,

    Michael A. Pingitore has agreed to waive indictment and plead guilty to a six-count Information pursuant to a plea agreement entered into between the parties. The Information, as well as a Waiver of Indictment Form and Memorandum of Plea Agreement, are enclosed.

    The parties respectfully request that the Court schedule a Waiver of Indictment and Change of Plea hearing with counsel. An original, executed Waiver of Indictment Form and Memorandum of Plea Agreement will be submitted at the hearing.

    Please feel free to contact me at the phone number listed above with any questions.

FILED

JUL 1 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Yours very truly,

COLM F. CONNOLLY
United States Attorney

BY: _____
Robert F. Kravetz
Assistant United States Attorney

cc:   Jerome M. Capone, Esq.
      File