IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA          :

                                  :

        v.                        : Criminal No. 07-101 GMS

                                  :

MICHAEL A. PINGATORE              :

                                  :

**NOTICE OF SCHEDULING**

        IT IS HEREBY ORDERED that a change of plea hearing regarding the above-captioned

defendant is scheduled for **Monday, July 23, 2007, at 2:00 p.m.**  before the Honorable Gregory M.

Sleet, Chief United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King

Street, Wilmington, DE.


                            /s/ Gregory M. Sleet_____
                            CHIEF UNITED STATES DISTRICT JUDGE

July 19, 2007