# Jerome M. Capone

Attorney-At-Law

1823 West 16th Street
Wilmington, Delaware 19806

at the corner of 16th & Lincoln Sts.

Phone (302) 654-3260
Fax (302) 654-4281
jerrycapone@comcast.net
www.jerrycapone.com

November 5, 2007

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

**Re: United States v. Michael Pingatore/ Case No. 07-101 GMS**

Dear Judge Sleet:

    On September 18, 2007, I wrote to you and requested a continuance on behalf of my client, which was granted. Since that time, my client has been diagnosed and hospitalized for acute Leukemia. I am writing to request a second continuance on his behalf because his doctors have scheduled him for 6 months of intensive chemotherapy. He will not be hospitalized for the entire duration.

    If I can provide you with any further information as to his condition, please contact me at your convenience.

Respectfully Submitted,

Jerome M. Capone

JMC/kb
cc: Robert Kravitz, Esq.
    Martin Durkin
    Michael Pingatore

FILED
NOV _ 8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE