IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 07-101 GMS |
| | ) |
| MICHAEL A. PINGATORE | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 8th day of November 2007, the defendant having requested a continuance of his sentencing hearing;

IT IS ORDERED that:

1. The sentencing of the defendant currently scheduled for November 26, 2007, at 2:00 p.m. is hereby CONTINUED; and

2. Counsel for the defendant is directed to file a status report regarding the defendant's medical condition no later than **May 10, 2008**; and

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE