

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building  (302) 573-6277
1007 Orange Street, Suite 700  FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

June 9, 2008

The Honorable Gregory M. Sleet
Chief United States District Judge
District of Delaware
844 King Street
Wilmington, DE 19801

    Re:   **United States v. Michael Pingitore**
            **Case No. 07-101-GMS**

Dear Chief Judge Sleet:

    The parties, in consultation with each other and with the United States Probation Office, respectfully request the Court to schedule a sentencing hearing to be held in the above-captioned matter in approximately 90 days.

    For purposes of scheduling the hearing, counsel for the Government notes that he will be out of the office from September 4, 2008 through September 8, 2008. In addition, defense counsel is scheduled to begin a homicide trial in Superior Court on September 22, 2008, that is expected to last approximately two full weeks.

    A proposed order is attached.

                                  Respectfully submitted,

                                  COLM F. CONNOLLY
                                  United States Attorney

                BY:   /s/ Robert F. Kravetz
                        Robert F. Kravetz
                        Assistant United States Attorney

cc:    Jerome M. Capone, Esq.
        Martin Durkin, United States Probation Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 07-101-GMS |
| | ) | |
| MICHAEL PINGITORE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this _____ day of _____ 2008, IT IS HEREBY ORDERED that a Sentencing Hearing shall commence on_____,
at _____.

                                              Hon. Gregory M. Sleet
                                              Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-101-GMS |
| ) | |
| MICHAEL PINGITORE, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Sherry Kaminski, an employee with the United States Attorney's Office, hereby certify that on the 9th day of June 2008, I served the forgoing:

**Letter Regarding Sentencing**

by causing one copy of said document to be served on counsel of record and United States Probation Officer by First Class Mail as follows:

Jerome M. Capone, Esq.
4 East 8th Street
Suite 200
Wilmington, DE 19801

Martin Durkin, U.S. Probation Officer
United States Probation Office/Pretrial Service Agency
824 Market Street, Suite 400
Wilmington, DE 19801

_____
Sherry Kaminski